EDWARD BAUM and ARTHUR H. STRAUSS, Respondents, v. THE HARRIS COMPANY, INC., Appellant.— Motion for reargument granted, without costs, and case set down for Tuesday, April 3, 1923. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

CAROLINE S. COUTTS and FRANK G. WILD, as Trustees, etc., of GEORGE H. COUTTS, Deceased (CAROLINE S. COUTTS Trust), Respondents, v. J. L. KRAFT & BROS. COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

PIETRO DELIA, as Administrator, etc., of GIUSEPPE DELIA, Deceased, Respondent, v. BENJAMIN RING and Others, Appellants.— Judgment and order reversed upon the law and a new trial granted, with costs to abide the event, upon the ground that the evidence of violations placed upon the dumbwaiters by the tenement house department was incompetent, and that the constant references to such violations on the part of plaintiff's attorney were extremely prejudicial to the defendants' interests. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

WILLIAM E. DUFF, Doing Business under the Name of WILLIAM E. DUFF COMPANY, Respondent, v. HACKLEY-SIDWELL, S. A., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Young and Kapper, JJ., concur.

WILLIAM FLANAGAN, Respondent, v. DANIEL VAN BRUNT and JESSIE D. VAN BRUNT, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young and Kapper, JJ.

BECKIE GOLOB, Respondent, v. CONGREGATION OHEL MOISCHE CHEVRA TEHILIM, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Young and Kapper, JJ., concur.

ISIDOR F. GREENE, as Trustee in Bankruptcy of ALBERT E. DONNELLY, Bankrupt, Respondent, v. ALBERT E. DONNELLY and MARGARETTA P. DONNELLY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young and Kapper, JJ.

FRANK GUIDO, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.